# EXHIBIT A

FILED: KINGS COUNTY CLERK 01/16/2025 02:34 PM

NYSCEF DOC. NO. 1

INDEX NO. 01/13/2025

RECEIVED NYSCEF: 01/16/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------------------------------------X

A.I, an Infant by his Mother and Natural Guardian,
ASHBA IJAZ and ASBA IJAZ, Individually,

                            Plaintiffs,

      -against-

AMAZON.COM SERVICES LLC d/b/a AMAZON.COM
SERVICES, INC. and AMAZON.COM, INC.,

                            Defendants.

----------------------------------------------------------------------X

Index No.:

Date Purchased:

**<u>SUMMONS WITH NOTICE</u>**

Plaintiff designates Kings
County as the place of trial.

The basis of venue is the County
in which the incident arose

Plaintiffs resides at:
3050 Brighton 1st Street
Brooklyn, New York

**TO THE ABOVE-NAMED DEFENDANTS:**

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
         January 16, 2025

                                  Yours, etc.,

                                  **SUTTON & SMYTH, LLP**

By:_____
                          Leigh H. Sutton, Esq.
                          *Attorneys for Plaintiffs*
                          30 Wall Street, 8th Floor
                          New York, New York 10005
                          lsutton@suttonandsmyth.com

Case 1:25-cv-00921-RKC-VMS    Document 1-1    Filed 02/18/25    Page 3 of 5 PageID #: 79

To:
AMAZON.COM SERVICES LLC
c/o Corporation Service Company
80 State Street
Albany, New York 12207

AMAZON.COM, INC.
c/o Corporation Service Company
300 Deschutes Way SW
Suite 208 MC-CSC1
Tumwater, Washington 98501

### <u>NOTICE</u>

This is an action for strict liability, negligence, failure to warn, breach of express warranties, breach of implied warranties, negligent infliction of emotional distress, loss of services, loss of companionship and punitive damages as against the defendants, AMAZON.COM SERVICES LLC d/b/a AMAZON.COM SERVICES, INC. and AMAZON.COM, INC. The causes of action arise from the Infant Plaintiff's use on or about May 22, 2024 of a Lyromix brand 8 foot trampoline that was distributed and sold by Defendants.

**WHEREFORE**, Plaintiff demands judgment against the Defendants in the principal sum of $1,000,000.00, together with punitive damages, interest, costs, and attorney's fees.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** KINGS
-------------------------------------------------------------X
A.I., an Infant by his Mother and Natural Guardian,
Ashba Ijaz and Ashba Ijaz, Individually,

Plaintiff/Petitioner,

- against -                                            Index No.501723/2025

Amazon.com Services LLC d/b/a Amazon.com
Services, Inc. and Amazon.com, Inc.,

Defendant/Respondent.
-------------------------------------------------------------X

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

> 1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and
>
> 2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically

- free access to view and print your e-filed documents

- limiting your number of trips to the courthouse

- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

Page 1 of 2                                            6/6/18  EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: January 17, 2025

Leigh Sutton

      **Name**

Sutton & Smyth, LLP

      **Firm Name**

30 Wall Street, 8th Floor

      Address

New York, NY 10005

212-709-8295

      Phone

LSutton@suttonandsmyth.com

      E-Mail

To: All Defendants